842 A.2d 917

**PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Petitioner**

v.

**Joseph HOLDEN, Respondent.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of December 2003, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED and this matter is REMANDED to the Superior Court for review on the merits. *See State Farm Fire and Casualty Co. v. Craley*, 830 A.2d 958 (Pa.2003).